IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JAMES WEST                                                                                          PLAINTIFF

v.                           Civil No. 6:08-cv-06044

SHERIFF LARRY SANDERS                                                              DEFENDANT

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

James West (hereinafter West) filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 on May 5, 2008. His complaint was filed *in forma pauperis*.

Defendant filed a motion for summary judgment (Doc. 19). On June 29, 2010, I entered an order (Doc. 23) directing West to complete, sign and return an attached questionnaire that would serve as his response to the summary judgment motion.

West's response to the questionnaire was to be returned by July 30, 2010. To date, West has failed to respond to the questionnaire. The Court's order and attached questionnaire have not been returned as undeliverable. The order was mailed to the same address as the Court's prior orders. West has not informed the court of any change in his address.

I therefore recommend West's claims be dismissed on the grounds he has failed to prosecute this action and to comply with the order of the court. *See* Fed. R. Civ. P. 41(b). **The parties have fourteen days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 18th day of August 2010.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE